UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KRISTOPHER TINGLE,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE DEFILIPPIS,<br><br>    Defendant. | Case No. 24-cv-02543-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action with prejudice. The Clerk shall enter judgment in favor of Defendant and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/18/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge